ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY IN BEVERLY HILLS, CALIFORNIA AND REAL PROPERTY IN LOS ANGELES, CALIFORNIA,<br><br>    Defendants.<br><br>Young S. Park and Il Kon Park,<br><br>    Claimants. | SACV 10-00430-CJC (MLGx)<br><br>**CONSENT JUDGMENT RE ASSETS CLAIMED BY YOUNG S. PARK AND IL KON PARK** |

    Plaintiff United States of America ("Plaintiff" or the "government") and Claimants Young S. Park and Il Kon Park("Claimants") have made a stipulated request for the entry of this consent judgment of forfeiture resolving all claims

FDK:gc

1 concerning the defendants Real Property in Beverly Hills,
2 California (Asset ID No. 10-USP-000709) and Real Property in Los
3 Angeles, California (Asset ID No. 10-USP-000710).  No other
4 party has made, or is believed to have any claim to either
5 defendant asset, and the time for filing claims has expired.
6      Good cause appearing therefor, the Court hereby **ORDERS,**
7 **ADJUDGES AND DECREES** that the defendants Real Property in Beverly
8 Hills, California (Asset ID No. 10-USP-000709) and Real Property
9 in Los Angeles, California (Asset ID No. 10-USP-000710) are
10 hereby forfeited to the United States, and no other right, title
11 or interest shall exist therein.
12      The legal description of the defendant Real Property in
13 Beverly Hills is:
14      LOT 17 IN BLOCK 106 OF BEVERLY HILLS, IN THE CITY Of BEVERLY
HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP
15 RECORDED IN BOOK 85 PAGES 86 TO 92 INCLUSIVE OF MAPS IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
16
     APN: 4341-009-016
17
     The legal description of the defendant Real Property in Los
18
Angeles is:
19
     A CONDOMINIUM COMPOSED OF
20
     (A) AN UNDIVIDED 1/51ST INTEREST IN AND TO LOT 1, TRACT NO
21 27829, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE
OF CALIFORNIA, AS SHOWN ON MAP FILED IN BOOK 831 PAGES 37 AND 38
22 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF
LOS ANGELES, STATE OF CALIFORNIA.
23
     EXCEPT THEREFROM UNITS 1 THROUGH 51 INCLUSIVE AS SHOWN AND
24 DEFINED UPON THE CONDOMINIUM PLAN, RECORDED IN BOOK M-4449 PAGE
620, OF OFFICIAL RECORDS OF LOS ANGELES COUNTY.
25
(8) UNIT 47 AS SHOWN UPON THE CONDOMINIUM PLAN REFERRED TO ABOVE
26
     APN: 5504-021-074
27
     As to the defendant real property in Beverly Hills, the Los
28

Angeles County Recorder is instructed to list Young Soon Park as the transferor and the United States of America as transferee.

As to the defendant real property in Los Angeles, the Los Angeles County Recorder is instructed to list Il Kon Park as the transferor and the United States of America as transferee.

The Court finds that there was reasonable cause for the institution of this action as to the defendant properties.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant properties.  Each of the parties shall bear its own fees and costs in connection with this action.

DATED: September 3, 2013

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Prepared by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States  Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


     /s/
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FDK:gc